UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY JAMES FITCH,<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 18-6860 |
| JERRY LARPENTER, ET AL.,<br>    Defendants | SECTION: "E" (4) |

## ORDER

Plaintiff filed his pro se complaint on July 16, 2018.[1] He did not file suit on the form required for § 1983 prisoner complaints, and he failed to submit a filing fee or an application to proceed in forma pauperis with the complaint. On July 24, 2018, the Clerk sent notice of this deficiency to Plaintiff and provided him with the necessary forms.[2] On August 29, 2018, the Court issued an Order requiring Plaintiff to show cause on or before September 18, 2018, why his complaint should not be dismissed for failure to comply with the Clerk's deficiency notice.[3] Plaintiff did not comply with this order.

This United States Magistrate Judge, issued her Report and Recommendation on September 28, 2018.[4] The Magistrate Judge recommended that Plaintiff's complaint be dismissed, pursuant to Federal Rule of Civil Procedure 41(b), for failure to comply with the Federal Rules of Civil Procedure or the order of this Court.[5] The period for objections ended on October 12, 2018, with no objections filed. Instead, on October 9, 2018, Plaintiff filed into the record another complaint.[6] Plaintiff's second complaint does not remedy the

---

[1] R. Doc. 1.
[2] R. Doc. 2.
[3] R. Doc. 4.
[4] R. Doc. 6.
[5] R. Doc. 6 at 2-4; see also FED. R. CIV. P 56(b).
[6] R. Doc. 7.

1

deficiencies in his original complaint, namely the failure to submit the complaint on the proper form or provide the filing fee or pauper application required to prosecute his case.

The Court, having considered the complaint, the record, the applicable law, and the magistrate judge's Report and Recommendation, finds the magistrate judge's findings of fact and conclusions of law are correct. The Court hereby approves the United States Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff Larry James Fitch's Complaint be and hereby is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b), for failure to comply with the Federal Rules of Civil Procedure or the order of this Court.

**New Orleans, Louisiana, on this 2nd day of November, 2018.**

                                                 *Susie Morgan*
                                                 **SUSIE MORGAN**
                               **UNITED STATES DISTRICT JUDGE**